## Harold A. HAWN, Appellant, v. Philip FRITZ, Appellee.

Court of Customs and Patent Appeals.
February 6, 1930.

Rehearing Denied March 3, 1930.

Patent Appeal No. 2215.

Chappell & Earl, of Kalamazoo, Mich. (F. L. Chappell, of Kalamazoo, Mich., of counsel), for appellant.

Frank E. Liverance, Jr., of Grand Rapids, Mich., and John Boyle, Jr., of Washington, D. C., for appellee.

Before GRAHAM, Presiding Judge, and BLAND, HATFIELD, GARRETT, and LENROOT, Associate Judges.

GRAHAM, Presiding Judge. The issues in this matter have been fully considered in No. 2214, Philip Fritz v. Harold A. Hawn, 37 F.(2d) 430, decided concurrently herewith, and no further discussion thereof is required. In accordance with our conclusion, expressed in the opinion filed in said No. 2214, the decision of the Board of Appeals is affirmed.

Affirmed.